# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  10-83404-TLS |
|  | ) |
| DONALD THOMAS DOLLINGER | ) CHAPTER 13 |
| SSN: ###-##-7546 | ) |
| DEBORAH A. DOLLINGER | ) |
| SSN: ###-##-8756 | ) |
|  | ) |

**Debtors.**

### TRUSTEE'S OBJECTION TO CLAIM OF UNITED CREDIT RECOVERY LLC - COURT CLAIM #19

**COMES NOW, Kathleen A. Laughlin**, Chapter 13 Trustee, and objects to the claim filed by **UNITED CREDIT RECOVERY LLC** for the following reasons:

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c) a proof of claim in a Chapter 13 Bankruptcy proceeding must be filed "not later than 90 days after the first date set for the meeting of creditors".  Thus, proofs of claim were required to be filed in this case on or before **4/04/11**. **UNITED CREDIT RECOVERY LLC** did not file a proof of claim until **4/19/11** and therefore, the claim is untimely filed.

**WHEREFORE**, the Chapter 13 Trustee prays that her objection to the claim of **UNITED CREDIT RECOVERY LLC** be granted and the claim disallowed.

DATED:  April 20, 2011

        s/ Kathleen A. Laughlin
        Kathleen A. Laughlin #16883
        Chapter 13 Trustee
        13930 Gold Circle, Suite #201
        Omaha, NE 68144
        (402) 697-0437
        1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on ANGELA Y GRUBER-GARDNER, debtors attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on April 20, 2011, by first-class, U.S. mail, postage prepaid to the Debtors and the Creditor at the addresses listed below:

| | | |
|---|---|---|
| DONALD THOMAS DOLLINGER | DEBORAH A. DOLLINGER | UNITED CREDIT RECOVERY LLC |
| 2529 VAN BUREN STREET | 2529 VAN BUREN STREET | PO BOX 953245 |
| BELLEVUE, NE 68005 | BELLEVUE, NE 68005 | LAKE MARY, FL 32795 |

        s/ Kathleen A. Laughlin
        Kathleen A. Laughlin

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 10-83404-TLS |
| | ) |
| DONALD THOMAS DOLLINGER | ) CHAPTER 13 |
| SSN: ###-##-7546 | ) |
| DEBORAH A. DOLLINGER | ) |
| SSN: ###-##-8756 | ) |
| | ) |
| **Debtors.** | |

### NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. KATHLEEN A. LAUGHLIN, Chapter 13 Trustee, has filed a Trustee's Objection to claim of **UNITED CREDIT RECOVERY LLC.**

2. The last day to file a resistance to the proof of claim of **UNITED CREDIT RECOVERY LLC** is **MAY 11, 2011**.  The Resistance must be served on the Trustee and the Debtor or Debtor's Attorney.

3. If the resistance period expires without the filing of any resistance, the Court will consider entering an order granting the relief sought without further notice or hearing.

    DATED:  April 20, 2011

                                    s/ Kathleen A. Laughlin
                                    Kathleen A. Laughlin #16883
                                    Chapter 13 Trustee
                                    13930 Gold Circle, Suite #201
                                    Omaha, NE 68144
                                    (402) 697-0437
                                    1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on ANGELA Y GRUBER-GARDNER, debtors attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on April 20, 2011, by first-class, U.S. mail, postage prepaid to the Debtors and the Creditor at the addresses listed below:

| | | |
|---|---|---|
| DONALD THOMAS DOLLINGER | DEBORAH A. DOLLINGER | UNITED CREDIT RECOVERY LLC |
| 2529 VAN BUREN STREET | 2529 VAN BUREN STREET | PO BOX 953245 |
| BELLEVUE, NE 68005 | BELLEVUE, NE 68005 | LAKE MARY, FL 32795 |

                                    s/ Kathleen A. Laughlin
                                    Kathleen A. Laughlin